BROTHERHOOD OF RAILROAD TRAINMEN ET AL.
*v.* CHICAGO & ILLINOIS MIDLAND
RAILWAY CO.

No. 225.   Decided October 14, 1963.

*Robert A. Stuart* for petitioners.

PER CURIAM.

The petition for a writ of certiorari is granted.  The judgment is vacated and the case is remanded to the United States District Court for the Southern District of Illinois for dismissal because of mootness.